THE LAW OFFICES OF

# John M. Lynch LLC

TANIA ALDADDAH
Associate Attorney

THE SEVENS BUILDING
7777 BONHOMME AVENUE, SUITE 1200
CLAYTON, MISSOURI 63105

CHRISTINA NIXON
Independent Paralegal

PHONE: (314) 726-9999
FAX: (314) 726-9199
CELL: (314) 313-1749
www.lynchlawonline.com
jlynch@lynchlawonline.com

June 10, 2015

Honorable Carol E. Jackson
United States District Court
111 S. 10th St., Suite 14.148
St. Louis, MO  63102

    In re:  *United States v. Jordan Johnson*
              *Case No. 4:14CR-00295 CEJ*

Dear Judge Jackson:

    Enclosed please find a series of letters generated by family and friends of the above referenced individual, as well as a letter from the Defendant, for your review and consideration at sentencing.

    I appreciate your attention to this matter. Of course should you have any questions, please do not hesitate to contact me.

Very truly yours,

John M Lynch

JML:jao
Enclosure
CC:    Stephen Casey
         US Attorney's Office

June 3, 2015

The Honorable Judge Jackson
U.S. District Court for the Eastern District of Missouri
111 South 10th Street
Saint Louis, MO 63102

Your Honorable Judge Jackson:

I, Jordan Rea Johnson am writing the courts this letter to express how sorry I am for the crime I committed and I take full responsibility for all of my actions. I regret everything I did and have realized over this last year the damage I've done to my family and my children.  I clearly wasn't thinking of my children or my family who care so much about me when I was selling marijuana knowing what the consequences were.  It was very selfish of me and a horrible example for my children and a huge let down to all of my family who raised me better than that.

After my arrest I did a lot of thinking of what I needed to do. I made the decision to move out of Ukiah and away from all the people I associated with and to start over in Washington with my stepmother and brothers and sisters. After getting to Acme, Washington I knew I had made the right choice.  I now live in an alcohol and drug free home.  I started helping my stepmother at her restaurant washing dishes, helping her cook, clean and put stock away. After a few months I started looking for work in welding. When I was growing up I worked for my Grandfather and Uncles in their steel fabrication business.  I had no problem finding a good job with Warrens Welding where I am currently employed.  Since starting my new job I've been able to start making my child support payments for both of my children and have got my driver license back. Also, I have signed up to take my Washington State certification test next month so I can get into the Washington Iron Workers Union.  Pay in the union starts at thirty-eight dollars an hour and I will get benefits for me and my children.  I have signed up to take a two month aluminum welding course in September at Bellingham Technical College so that I can also work in the pipe fitters union. There are a lot of jobs opportunities in Washington with all the oil refineries.

The most important thing to me is to be able to provide for my daughters.  If I am allowed probation I will continue to work and also to attend night classes so that I can join the union and get a job at one of the refineries.  I realize that I have a wonderful opportunity for a good paying job and I have the support of my stepmother and brothers and sisters here in Washington.

I am asking the courts to consider probation for me and to give me a second chance so that I can continue being a good citizen and a good dad for my daughters. My family means too much to me and I would not let them or the courts down again if given a second chance.

Sincerely,


Jordan Johnson

June 4, 2015

In re United States v. Jordan Johnson

To Whom it May Concern,

My name is Blair Carlson, and I am writing this letter in support of my brother, Jordan Johnson. I know that his sentencing is next week, so I'm asking you to please consider Jordan's true character, remorse, and the emotional growth he has made this past year.

Let me start this letter by telling you a little bit about myself. I am a mother of two sweet, active little boys, my husband Clay and I have been happily married for 13 years, and I am an Assistant Principal at a little, rural middle school in Redwood Valley. The population in Redwood Valley is 2,000 and it is small town living at its finest.

I would like to paint a picture for you describing my relationship with my brother, Jordan for the past 15 years (prior to my brother getting arrested this past August). I couldn't stand my brother. I was disgusted by his lifestyle. Every day I would go to work, facing an uphill battle against marijuana in our community. I would teach my students to make better choices than their parents and family members. I would explain that becoming a drug dealer, a pot grower or "trimmer" in our area wasn't a smart choice.   My brother was part of that battle I was fighting at work. It made me furious to know that he was contributing to the marijuana problem we have in our community and here I was, trying to come up with solutions to fight this battle.

Now fast forward to this past August when my brother was arrested. He turned to me. Out of my sisterly duty: I opened my front door, fed him, and allowed him to sleep on my couch. As the months progressed, I fell in love with my brother, just as I had always imagined loving my little brother. I watched my brother begin to truly understand the consequences to his past behavior and feel true remorse. For the first time, my brother began a relationship with my two children. He would sit up for hours at night with my ten year old son, explaining to him why his father was gone five days a week working a real job and that he should be proud not sad. He would hug my son and tell him it was okay to be sad, and that his dad was working hard so he could have the best life ahead of him in the future. Jordan would spend hours talking, playing basketball and bonding with my two sons. On Christmas night, Jordan chose to tell my oldest son the truth about why he all of a sudden appeared in our lives and was now going to leave to face his consequences for the poor choices he had made in the past. My children adore their Uncle Jordan and from what I have learned in education and in my experience; children's feelings and intuition about people are not tainted. They feel the good in people and my children feel the good in my brother.

One other child who feels the good in my brother is my niece, Alyssa. Alyssa is Jordan's oldest daughter. I was there the day she was born and have been devoted to my niece's well- being since that day in July. Having said all of this, Alyssa and Jordan are truly bonded together. It

never mattered how much time had ever passed during his bad decisions, Alyssa would always tell me she knew her daddy loved her. She said she knew it because of the time he would spend with her caring about her heart and how she felt on the inside. I use the example when she was little and her friends knew how to roller skate and she didn't know how to do this very well. On Jordan's visitation days, they would spend all day at the roller rink with Jordan teaching her how to skate forwards, backwards and sideways. This time spent at the roller rink is an example of how Jordan cares for Alyssa. As a teenager now, I see how she interacts with her father and how they look at each other. It's just like it was when she was a little girl. Alyssa adores her father.

I truly believe my brother, Jordan is remorseful for his actions. Having spent many hours talking with him, I feel that I can truly write this letter without hesitation asking to please consider giving my brother a second chance outside of jail. I was his worst critic before his arrest. I have watched him over these past 10 months and have seen how hard he has worked to change his lifestyle – I have become his biggest cheerleader. He moved to Washington to be with our family and to change his surroundings. I see that he wants a better life for the future. He has a job, welding every day with a company, and after work, he goes to our step-mother's diner to work extra hours. He is signed up for a class in September at Bellingham Technical College for an aluminum welding course, so he can weld on fishing boats. Jordan is planning for his future, and I truly believe my brother, Jordan will be something great given the opportunity.

Thank you for your time and consideration,

/s/

Blair L. Carlson, M.A., M.S.

617 West Standley Street

Ukiah, CA 95482

707.462.4004

bonescarlson@yahoo.com

THE LAW OFFICES OF
# John M. Lynch LLC
THE SEVENS BUILDING
7777 BONHOMME AVENUE, SUITE 1200
CLAYTON, MISSOURI 63105

ST LOUIS
MO 630
11 JUN '15
PM 30 L

neopost
06/10/2015
US POSTAGE $00.48⁵

FIRST-CLASS MAIL



ZIP 63105
041L13816941

Honorable Carol E. Jackson
United States District Court
111 S. 10th St., Suite 14.148
St. Louis, MO  63102

**RECEIVED**

**JUN 1 5 2015**

**BY MAIL**

63102112325